RETURN DATE: NOVEMBER 9, 2010 : SUPERIOR COURT

JACKSON, JACQUELINE : J. D. OF NEW HAVEN

V. : AT NEW HAVEN

ENHANCED RECOVERY CORPORATION : SEPTEMBER 28, 2010

### STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

                                                                                          THE PLAINTIFF
                                                                                         Jacqueline Jackson

By:                  _____
                                                     THERESA ROSE DEGRAY
                                                     Consumer Legal Services, LLC
                                                     29 Soundview Road, Suite 11B
                                                     Guilford, CT 06437
                                                     Tel: 203-458-8200
                                                     Fax: 203-738-1062
                                                     Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

JUN-14-2010 08:54 From:WACHOVIA          203 484 7680          To:12035381007          P.3/4

 enhanced recovery corporation

**REPAYMENT OPPORTUNITY**

Statement Date: June 4, 2010

Creditor: CHASE BANK USA, N.A.
Original Creditor: Chase Bank USA, NA.
Account Number: 42668411O9741940
Amount of Debt: $18,144.48

Dear Jacqueline Jackson,                    Reference Number: 32167657

We recognize that you may have gone through some financial difficulty and have been unable to repay your account. We would like to offer you a few positive and flexible options to satisfy your account.

Option 1: Settlement: $10,886.69, please remit by 06/19/10.
Option 2: Settlement: $11,793.91, payable over the next 2 months.
Option 3: Settlement: $12,701.14, payable over the next 3 months.

- Telephone: (800) 657-0082 Toll Free; Fax: (904) 645-3009
- Send correspondence to: Enhanced Recovery Corporation, 8014 Bayberry Rd, Jacksonville, FL 32256-7412
- Pay online by check or credit card at www.payerc.com. All transactions secured through VeriSign.
- Office Hours (Eastern Time): Mon - Thu, 8:00 am - 9:00 pm; Fri: 8:00 am - 5:00 pm; Sat: 8:00 am - 12:00 pm

Sincerely,

*J. Adkins*

J. Adkins, Recovery Specialist

Chase Bank USA, NA is required by the IRS to provide information about certain amounts that are discharged as a result of a cancellation of a debt on a form 1099C. If Chase Bank USA, NA is required to notify the IRS, you will receive a copy of the form 1099C that is filed with the IRS.

P.S. We are very interested in helping you resolve this debt. If one of the above options does not suit your financial situation, please contact one of our recovery specialists to assist you in settting up a repayment plan that will.

  This is an attempt to collect a debt. Any information obtained will be used for that purpose.  

NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS

---

Please do not send correspondence to this address.

PO Box 1967
Southgate, MI 48195-0967

June 4, 2010

CCS7P/CS03/1/   202191623506   0022504/0095

Jacqueline Jackson
104 Hesse Rd
Hamden, CT 06517-2215

IF PAYING BY CREDIT CARD, FILL OUT BELOW.

☐ VISA   ☐ MasterCard   ☐ 

CARD NUMBER
SIGNATURE                                       EXP. DATE

REFERENCE NUMBER     AMOUNT PAID
32167657             $

**Make Payment To:**

Enhanced Recovery Corporation
8014 Bayberry Rd.
Jacksonville, FL 32256-7412



EXHIBIT A
1 of 2

## FEDERAL VALIDATION NOTICE:

PURSUANT TO 15 U.S.C./1692g (a), TAKE NOTICE THAT:

1. THE AMOUNT OF THE CLAIMED DEBT IS THE AMOUNT STATED IN THE LETTER ON THE REVERSE OF THIS NOTICE.
2. THE NAME OF THE CREDITOR TO WHOM THE DEBT IS OWED IS IN THE LETTER ON THE REVERSE SIDE OF THIS NOTICE.
3. UNLESS YOU DISPUTE THE VALIDITY OF THE ABOVE DEBT, OR ANY PORTION THEREOF, WITHIN THIRTY (30) DAYS AFTER YOUR RECEIPT OF THIS NOTICE, THE DEBT WILL BE ASSUMED TO BE VALID BY US.
4. IF YOU NOTIFY OUR OFFICE BELOW IN WRITING WITHIN THIRTY (30) DAYS OF YOUR RECEIPT OF THIS NOTICE THAT THE DEBT, OR ANY PORTION THEREOF IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF ANY JUDGMENT THAT MAY BE OF RECORD AGAINST YOU. WE WILL MAIL THE VERIFICATION OR COPY OF THE JUDGMENT TO YOU.
5. UPON YOUR WRITTEN REQUEST TO THE OFFICE BELOW WITHIN THIRTY (30) DAYS OF YOUR RECEIPT OF THIS NOTICE, WE WILL PROVIDE YOU WITH THE NAME AND THE ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR LISTED IN THE LETTER ON THE REVERSE OF THIS NOTICE.

## FEDERAL NOTICE:

THIS IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## TENNESSEE RESIDENTS:

THIS COLLECTION AGENCY IS LICENSED BY THE COLLECTION SERVICE BOARD OF THE DEPARTMENT OF COMMERCE AND INSURANCE.

## COLORADO RESIDENTS:

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA OR ANY SUCCESSOR WEB ADDRESS.

A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

## NEW YORK STATE RESIDENTS:

NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS LICENSE NUMBER: 1114289

## NORTH CAROLINA RESIDENTS:

NORTH CAROLINA DEPARTMENT OF INSURANCE PERMIT NUMBER: 100827

482-6006

**EXHIBIT A**
2 of 2

## FOR ADDITIONAL INFORMATION PLEASE CONTACT THE FOLLOWING:

ENHANCED RECOVERY CORPORATION
8014 BAYBERRY RD
JACKSONVILLE, FLORIDA 32256

## MINNESOTA RESIDENTS:

THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

## CALIFORNIA RESIDENTS:

1. THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 AM OR AFTER 9 PM. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.
2. AS REQUIRED BY LAW, YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING ON YOUR CREDIT RECORD MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATIONS.

## UTAH RESIDENTS:

AS REQUIRED BY UTAH LAW, YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING ON YOUR CREDIT RECORD MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATIONS.

## MASSACHUSETTS RESIDENTS:

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST, YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR. IF YOU WISH TO DISCUSS THIS MATTER, PLEASE CALL US DIRECT. BETWEEN THE HOURS OF 8 AM AND 5 PM EST, AT THE TELEPHONE NUMBER LISTED ON THE FRONT OF THIS NOTICE. LOCAL ADDRESS 49 WINTER STREET, WEYMOUTH, MA 02118.


Ref: 0000209175   001   10/01/2010          7008 1830 0000 8197 8909

ENHANCED RECOVERY CORPORATION
8014 BAYBERRY RD.,
JACKSONVILLE, FL 32256