| | | |
|---|---|---|
| RETURN DATE: NOVEMBER 9, 2010 | : | SUPERIOR COURT |
| JACKSON, JACQUELINE | : | J.D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| ENHANCED RECOVERY COMPANY | : | OCTOBER __, 2010 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant, Enhanced Recovery Corporation, pursuant to the requirements of 28 U.S.C. §1441 et seq., does hereby give notice that the above-captioned civil action has been removed to the United Stated District Court, District of Connecticut, on the 28th day of October, 2010. A copy of the Notice of Removal filed with the United Stated District Court, District of Connecticut, which accomplished the removal of this action to that Court, is attached hereto and made a part hereof as Exhibit "A".

SMITH, GAMBRELL & RUSSELL, LLP

Jonathan Kline, Esq.
250 Park Ave., Suite 1900
New York, NY 10177
Tel.: 212-907-9707
Fax: 212-907-9807
jkline@sgrlaw.com
Attorney for Enhanced Recovery Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, this _____ day of October, 2010 to: Theresa Rose Degray, Esq., Consumer Legal Services, LLC, 29 Soundview Road, Suite 11B, Guilford, CT 064347.

_____