

# CONSUMER LEGAL SERVICES, LLC

**SENT VIA FAX: 904-269-8048**

September 28, 2010

Enhanced Recovery Corporation
8014 Bayberry Road
Jacksonville, FL 32256

     Re:   Jackson v. Enhanced Recovery Corporation

Dear Sir or Madam:

    Please be advised that this law firm represents Jacqueline Jackson. We believe your company has violated several sections of the Connecticut General Statutes and/or the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., with regard to your attempt to collect an alleged debt with Chase Bank USA, N.A., account number ending in 1940.

    Enclosed herewith please find a courtesy copy of the Writ, Summons, and Complaint which has not yet been filed with the Court.

    Please be further advised that if this matter should proceed through the legal process, our client would have the right to bring a lawsuit in State or Federal Court. Your company may then be required to pay attorney's fees, statutory and/or actual damages.

    If you are interested in a prompt settlement of this matter, please contact the undersigned attorney immediately. If we do not hear from you within a reasonable time, we will assume you are not interested in settlement and continue to pursue legal recourse accordingly.

                Sincerely,
                CONSUMER LEGAL SERVICES, LLC

                THERESA ROSE DEGRAY   ATTEST:
                Attorney at Law          A TRUE COPY

                                   JOSEPH MUSUMECI
                             CONNECTICUT MARSHAL
                             HARTFORD COUNTY

---

**Theresa Rose DeGray**
Attorney at Law
Admitted in CT and MA

29 SOUNDVIEW ROAD, SUITE 11B • GUILFORD, CONNECTICUT 06437

PHONE (203) 458-8200 • FAX (203) 738-1062 • E-MAIL:
TRD@ConsumerLegalServicesLLC.com

SECRETARY OF THE STATE
30 TRINITY STREET
P.O. BOX 150470
HARTFORD, CT 06115-0470

OCT 0 7 2010

NOTICE OF SERVICE OF PROCESS

10/01/2010
ENHANCED RECOVERY CORPORATION
8014 BAYBERRY RD.,
JACKSONVILLE, FL 32256

Re: JACKSON, JACQUELINE          V. ENHANCED RECOVERY CORPORATION

To whom it may concern:

Legal process has been served on the Office of the Secretary of the State of Connecticut as the Statutory Agent
for Service of Process for

ENHANCED RECOVERY CORPORATION

in the above referenced matter. Enclosed is a copy of the submission to this office.

Sincerely,
Susan Bysiewicz
Secretary of the State

By:   EVETT PEREZ
      860-509-6036

Case #:   0000209175     A 001

Mail Number:     7008 1830 0000 8197 8909

Enc.