UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JACQUELINE JACKSON

     v.                                     3:10-cv-01705(JCH)

ENHANCED RECOVERY CORPORATION

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's Motion to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motion and on January 18, 2011, entered an Order granting the defendant's Motion

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant, against the plaintiff, and the case is closed.

Dated at Bridgeport, Connecticut, this 19th day of January, 2011.

                                                  Robin D. Tabora, Clerk


                                                  By /s/ Bernadette J. DeRubeis
                                                        Deputy Clerk

Entered on Docket _____